**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 08, 2007**

Charles M. Caldwell
United States Bankruptcy Judge

_____

```
             UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION

In Re:  JOHN S BAXTER JR        :     Chapter 13
        TAMRA S BAXTER


SSN(S)  XXX-XX-1626             :     Case No. 04-61733
        XXX-XX-7204

        Debtor(s)               :     JUDGE   CALDWELL


                    ORDER OF DISMISSAL
```

    Pursuant to the motion of the Chapter 13 Trustee and for good cause show, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307(c) (6).
    The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

IT IS SO ORDERED

SERVE ALL PARTIES

###